UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARIS WILSON,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

Case No. 16-cv-10501
Hon. Matthew F. Leitman

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S ATTENDANCE AT INDEPENDENT MEDICAL EXAMINATION AND FOR REIMBURSEMENT OF NO-SHOW AND OTHER FEES (ECF #7)

On April 27, 2016, Defendant State Farm Mutual Automobile Insurance Company ("Defendant") filed a motion to compel Plaintiff Paris Wilson's ("Plaintiff") attendance at an independent medical examination (the "Motion"). (*See* ECF #7.) In the Motion, Defendant states that Plaintiff failed to appear for a previously scheduled medical examination on April 21, 2016. (*See id.* at 1. Pg. ID 57.) Defendant requests that the Court order Plaintiff (1) to appear for an independent medical examination with Dr. L. Patrick Stephens, and (2) reimburse Defendant for (a) the no-show fee incurred due to Plaintiff's failure to appear for the April 21, 2016 medical examination and (b) the fees and costs incurred in bringing the Motion.

1

Plaintiff's response to the Motion was due on May 16, 2016. To date, however, Plaintiff has not filed a response.

Because the Motion is unopposed and because Defendant's requests are not clearly improper, **IT IS HEREBY ORDERED** that the Motion (ECF #7) is **GRANTED.** By June 24, 2016, Plaintiff shall (1) appear for an independent medical examination with Dr. L. Patrick Stephens, and (2) shall reimburse Defendant for the now-show fee incurred due to her failure to appear for the April 21, 2016 medical examination and for the fees and costs incurred by Defendant in bringing the Motion.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 26, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 26, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113